AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Stacey Labaniel Cephas<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 8:16-cr-00022-PJM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Stacey Labaniel Cephas

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

*Alleged Violation of Supervised Release

Date: November 19, 2018

By: J. Fletcher, Deputy Clerk

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 19 Nov 2018, and the person was arrested on *(date)* 02/17/2019
at *(city and state)* Hampton Roads VA

Date: 02/19/2019

*Arresting officer's signature*

Davis Arp Deputy U.S. Marshal
*Printed name and title*